THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA (CSB #187176)
Assistant United States Attorney
    Federal Building  Suite 7516
    300 North Los Angeles  Street
    Los Angeles, California
    Tel. 213 894-6117
    FAX:  213 894-7819
    Email:  Sharla Cerra@usdoj.gov

Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| PATRICIA LAWSON,<br><br>        Plaintiff,<br><br>        v.<br><br>JO ANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>        Defendant. | CV 06-2726 SH<br><br>[Proposed] JUDGMENT FOR<br>PLAINTIFF |

///
///
///
///
///

-1-

1          The Court having approved the stipulation of the parties to reopen this case for

2    the purpose of entering judgment for Plaintiff, the Court hereby grants judgment for

3    Plaintiff.

4

5    DATE: 1/24/08

6

7    _____

      STEPHEN HILLMAN

8          United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28